UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SOCORRO TRUJILLO-SILVA,<br><br>    Defendant. | NO. CR-11-2096-LRS-1<br><br>**ORDER FOR<br>COMPETENCY EVALUATION** |

A pre-trial conference was held in this matter on February 9, 2012. James A. Goeke, Esq., appeared for the Government. The Defendant was present with his counsel, Diane E. Hehir, Esq.

1. Good cause appearing and there being no objection from the Government, Defendant's Motion For Competency Evaluation (ECF No. 65) is **GRANTED**.

2. Pursuant to 18 U.S.C. §4241(a), (b) and §4247(b), the Defendant is committed to the custody of the Attorney General for placement in a suitable federal facility, for a period of not to exceed thirty (30) days, for the purpose of conducting a psychiatric examination to determine whether Defendant is mentally incompetent, to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**ORDER FOR
COMPETENCY EVALUATION-   1**

3. A psychiatric report shall be filed with the court, under seal, pursuant to the 18 U.S.C. §4247(b) and (c).

4. Defendant shall be transported promptly to the closest available federal facility for a comprehensive psychiatric examination as contemplated by this Order.

5. A competency hearing will be held on **April 18, 2012 at 9:00 a.m. in Yakima**.

6. Within forty five (45) days of the date of this Order, the Government shall serve and file a report regarding the status of Defendant with regard to his transfer to a federal facility and his psychiatric examination.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office and to the U.S. Marshal.

**DATED** this ___9th___ day of February, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER FOR COMPANY EVALUATION- 2**